# EXHIBIT B

060615000710

# ARTICLES OF ORGANIZATION

## OF

## ZAZZA DEVELOPMENT GROUP, LLC

Under Section 203 of the Limited Liability Company Law.

FIRST: The name of the limited liability company is ZAZZA DEVELOPMENT GROUP, LLC.

SECOND: The county within the state in which the office of the limited liability company is to be located is Kings.

THIRD: The latest date on which the limited liability company is to dissolve is December 31, 2060.

FOURTH. The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The post office address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

> Michael Zazza
> 55 Washington Street
> Suite 706
> Brooklyn, New York 11201

FIFTH. The effective date of the Articles of Organization shall be the date of filing with the Secretary of State.

SIXTH. The limited liability company is to be managed by 1 or more members.

1

IN WITNESS WHEREOF, this certificate has been subscribed to this 15th day of June, 2006 by the undersigned who affirms that the statements made herein are true under the penalties of perjury.

*Lawrence A. Kirsch*
_____
Lawrence A. Kirsch, Attorney in Fact

2

# ARTICLES OF ORGANIZATION

## OF

## ZAZZA DEVELOPMENT GROUP, LLC

Filed by:

Forman & Associates, P.C.
156 William Street
Suite 800
New York, New York 10038

NYS Department of State
Division of Corporations, Records and UCC
Albany, NY 12231-0002
www.dos.state.ny.us

# Limited Liability Company Biennial Statement



For Internal Use Only

08060300
2813

Filed By: _____

Cash # (if different than item #):

| Required Fee: | $9.00 |
|---|---|
| Filing Period: | 06/2008 |

(Make checks payable to the Department of State)

**3376751**

**Business Name:**

**ZAZZA DEVELOPMENT GROUP, LLC**

3376751

MICHAEL ZAZZA
55 WASHINGTON STREET SUITE 706
BROOKLYN, NY 11201

The Limited Liability Company Law requires limited liability companies to provide a current address for service of process to the Department of State every two years in the calendar month in which the limited liability company was formed or authorized. Please review the address for service of process in Part 1. Update the information in the space provided, if necessary. If no changes are necessary, proceed to Part 2. A limited liability company which fails to timely file its Biennial Statement shall be shown to be past due on the Department of State's records.

**Part 1: Address for Service of Process** (Address must be within the United States)

MICHAEL ZAZZA
55 WASHINGTON STREET SUITE 706
BROOKLYN, NY 11201

| Name |  |  |  |
|---|---|---|---|
| Address |  |  |  |
| City | | State | Zip |

**Part 2: Signature of Member, Manager, Attorney-in-Fact or Authorized Person**

Signature
Sole Member
Title of Signer (Please Print)

Michael Zazza
Name of Signer (Please Print)

Send the completed form, together with the $9.00 filing fee made payable to the Department of State, in the self-mailer envelope, to the Department of State, Division of Corporations, 41 State Street, Albany, NY 12231-0002.

To pay with a credit card, send a Credit Card Authorization Form to the Department of State with your Biennial Statement. The Credit Card Authorization Form is available from the Department of State's website at www.dos.state.ny.us or by calling (518) 473-2492. The Biennial Statement with the Credit Card Authorization Form may be faxed to (518) 486-4680.

Call (518) 473-6385 if you have questions regarding this form.

A domestic limited liability company must file this form until it files Articles of Dissolution. A foreign limited liability company must file this form until it files a Certificate of Surrender of Authority or a Certificate of Termination of Existence.

DOS-1299 (07/06)

080603002813

06/04/2012  03:00   Zazza Development Group-NY                             NO.378   03

# Biennial Statement

**3376751**

Business Name:

**ZDG, LLC**

DOS ID:  3376751

For Internal Use Only

**12060500**
jc 2140

Filed By: _____

Cash # (if different than filing #): _____

| Required Fee: | $9.00 |
|---|---|
| Filing Period: | 06/2012 |

(Make checks payable to the Department of State)

---

**ONLINE FILING:**
- See reverse side for instructions.

**PAPER FILING:**
- Review Part 1 below and update the information if the service of process address has changed.
- Complete the signer information section and return the form to the address on the reverse side of this form along with the filing fee. The fee is payable by check, VISA, MasterCard or American Express. Checks must be payable to the Department of State. Credit Card/Debit Card Authorization forms can be found on our website at www.dos.ny.gov. The Biennial Statement, along with the Credit Card/Debit Card Authorization form, can be faxed to (518) 486-4680 or mailed to the Department of State.

---

**Part 1 - Service of Process Address** (Address must be within the United States or its territories)

| MICHAEL ZAZZA 55 WASHINGTON STREET SUITE 706 BROOKLYN, NY 11201 | Name |  |  |
|---|---|---|---|
|  | Address |  |  |
|  | City | State | Zip Code |

---

**Signer Information**

Name of Signer (Please Print): _Michael Zazza_

Capacity of Signor (check one):
☐ Member
☑ Manager
☐ Authorized Person

Signature: _____

DOS-1299 (2011/10)

120605002140

NYS Department of State
Division of Corporations, Records and UCC
Albany, NY 12231-0002
www.dos.ny.gov

# Limited Liability Company Biennial Statement

For Internal Use Only

14081300
2082

Filed By: jc

Cash # (if different than film #): ___

**3376751**

**Business Name:**

ZDG, LLC

3376751

MICHAEL ZAZZA
55 WASHINGTON STREET SUITE 706
BROOKLYN, NY 11201

| Required Fee: | $9.00 |
| --- | --- |
| Filing Period: | 06/2014 |

(Make checks payable to the Department of State)

The Limited Liability Company Law requires limited liability companies to provide a current address for service of process to the Department of State every two years in the calendar month in which the limited liability company was formed or authorized. Please review the address for service of process in Part 1. Update the information in the space provided, if necessary. If no changes are necessary, proceed to Part 2. A limited liability company which fails to timely file its Biennial Statement shall be shown to be past due on the Department of State's records.

**Part 1: Address for Service of Process** (Address must be within the United States)

| MICHAEL ZAZZA<br>55 WASHINGTON STREET SUITE 706<br>BROOKLYN, NY 11201 | Name: Alexander A. Passannante, Jr. | | |
| --- | --- | --- | --- |
| | Address: 307 5th Ave., 9th Floor | | |
| | City: New York | State: NY | Zip: 10016 |

**Part 2: Signature of Member, Manager, Attorney-in-Fact or Authorized Person**

Signature: [signed] Al Passannante

Title of Signer (Please Print): Manager

Name of Signer (Please Print): Alexander A. Passannante, Jr.

Send the completed form, together with the $9.00 filing fee made payable to the Department of State, in the self-mailer envelope, to the Department of State, Division of Corporations, 99 Washington Ave. Albany, NY 12231-0001.

To pay with a credit card, send a Credit Card Authorization Form to the Department of State with your Biennial Statement. The Credit Card Authorization Form is available from the Department of State's website at www.dos.ny.gov or by calling (518) 473-2492. The Biennial Statement with the Credit Card Authorization Form may be faxed to (518) 486-4680.

Call (518) 473-6385 if you have questions regarding this form.

A domestic limited liability company must file this form until it files Articles of Dissolution. A foreign limited liability company must file this form until it files a Certificate of Surrender of Authority or a Certificate of Termination of Existence.

DOS-1299 (07/06)

# Biennial Statement

NYS Department of State
Division of Corporations, State Records &
Uniform Commercial Code
http://www.dos.ny.gov

**BUSINESS NAME:** ZDG, LLC

**FILING PERIOD:** 06/2018

## Part 1 - Service of Process Address (Address must be within the United States or its territories)

| Name |
|---|
| ZDG, LLC |

| Address Line 1 |
|---|
| 192 LEXINGTON AVE-3RD FLOOR |

| Address Line 2 |
|---|
| |

| City | State | Zip Code |
|---|---|---|
| NEW YORK | NY | 10016 |

## Signer Information

I affirm that the statements contained herein are true to the best of my knowledge, that I am authorized to sign this Biennial Statement and that my signature typed below constitutes my electronic signature.

| Electronic Signature |
|---|
| PAUL SARCINELLA |

| Capacity of Signer |
|---|
| AUTHORIZED PERSON |

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 07/05/2018**
**FILING NUMBER: 180705006433 - 3376751**