UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BDG Gotham Residential, LLC, *et al.*,

    Plaintiffs,

—v—

Western Waterproofing Company, Inc., *et al.*,

    Defendants.

19-CV-6386 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On August 30, 2019, Defendants filed motions to dismiss. Dkt. Nos. 23, 25. Pursuant to Rule 3.F of this Court's Individual Practices in Civil Cases, Plaintiffs were given the opportunity to amend their complaint. Dkt. No. 26. On September 20, 2019, Plaintiffs amended. Dkt. No. 29. On October 18, 2019, Defendants filed partial motions to dismiss Plaintiffs' Amended Complaint. Dkt. Nos. 34-35.

Accordingly, Defendants' motion to dismiss the Plaintiffs' original complaint is denied as moot. This Order resolves Dkt. Nos 23, 25.

    SO ORDERED.

Dated: November ___, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge