UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2020

BDG Gotham Residential, LLC, *et al.*,

        Plaintiffs,

–v–

Western Waterproofing Company, Inc., *et al.*,

        Defendants.

Western Waterproofing Company, Inc.,

        Plaintiff,

–v–

Zurich American Insurance Company, *et al.*,

        Defendants.

19-cv-6386 (AJN)

20-cv-3199 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court will hold an initial pretrial conference for both of the above-captioned cases on January 15, 2021, at 3:15 p.m.  The initial pretrial conference scheduled for December 4, 2020, in No. 20-cv-3199 is adjourned to that date.  No later than seven days before the conference, the parties in each case should submit a joint letter and proposed case management plan in accordance with the Court's Individual Practices in Civil Cases.  The parties should state in their joint letters whether they believe they can do without a conference.  If the Court finds that a conference is unnecessary, it may adjourn the conference and enter the parties' case management plans.

SO ORDERED.

Dated: November 20, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge