UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2021

BDG Gotham Residential, LLC, *et al.*,

        Plaintiffs,

–v–

Western Waterproofing Company, Inc., *et al.*,

        Defendants.

19-cv-6386 (AJN)

20-cv-3199 (AJN)

ORDER

Western Waterproofing Company, Inc.,

        Plaintiff,

–v–

Zurich American Insurance Company, *et al.*,

        Defendants.

ALISON J. NATHAN, District Judge:

    Consistent with the Court's statements at the initial pretrial conference held for both of the above-captioned cases on January 15, 2021, at 3:15 p.m., it is

    ORDERED that the request to stay discovery in No. 19-cv-6386 is DENIED. The Court will enter the parties' proposed case management plan with the dates proposed by the Plaintiffs.

    It is further ORDERED that the Plaintiffs' request for leave to file a pre-discovery motion for partial summary judgment in No. 19-cv-6386 is DENIED.

    It is further ORDERED that the request to stay discovery in No. 20-cv-3199 is GRANTED. Discovery in that matter is stayed pending disposition of the parties' intended

motions for summary judgment. The Court will not enter a case management plan at this time and will direct the parties to file a new proposed case management plan after disposition of any summary judgment motions, if necessary.

It is further ORDERED that the parties shall confer and file a joint letter no later than February 19, 2021, informing the Court whether they would like a referral to a magistrate judge or the District's mediation program for purposes of pursuing a global settlement in the two related cases.

SO ORDERED.

Dated: January 19, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge