UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/45/4243

| | |
|---|---|
| BDG Gotham Residential, LLC, *et al.*,<br><br>Plaintiffs,<br><br>–v–<br><br>Western Waterproofing Company, Inc., *et al.*,<br><br>Defendants. | 19-cv-6386 (AJN)<br><br>20-cv-3199 (AJN)<br><br>ORDER |
| Western Waterproofing Company, Inc.,<br><br>Plaintiff,<br><br>–v–<br><br>Zurich American Insurance Company, *et al.*,<br><br>Defendants. | |

ALISON J. NATHAN, District Judge:

On May 12, 2021, Starr Indemnity & Liability Company and Navigators Insurance Company moved to intervene in No. 20-cv-3199. Dkt. No. 113. The Court directed any party to inform the Court by June 4, 2021, if it intended to oppose the motion. Dkt. No. 121. No party has done so.

For the reasons set forth in their memorandum of law in support of the motion, the Court finds that Starr Indemnity and Navigators Insurance have an interest in the outcome of this action as excess insurers of Western Waterproofing; that disposing of the action in their absence may impair their ability to protect that interest; and that existing parties do not adequately represent

that interest. *See* Fed. R. Civ. P. 24(a). The Court also finds that the excess insurers' claims share common questions of law and fact with the existing action and that intervention would not prejudice any other party. *See* Fed. R. Civ. P. 24(b).

The Court thus GRANTS the excess insurers' unopposed motion to intervene (Dkt. No. 133).

SO ORDERED.

Dated: June 23, 2021
 New York, New York

_____
ALISON J. NATHAN
United States District Judge