UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BDG Gotham Residential, LLC, *et al.*,

    Plaintiffs,

–v–

Western Waterproofing Company, Inc., *et al.*,

    Defendants.

Western Waterproofing Company, Inc.,

    Plaintiff,

–v–

Zurich American Insurance Company, *et al.*,

    Defendants.

19-cv-6386 (AJN)

20-cv-3199 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    If any party intends to oppose the motion of Philadelphia Indemnity Insurance Company and Markel Insurance Company to intervene in No. 20-cv-3199 (Dkt. No. 136), they should inform the Court by ECF letter no later than August 6, 2021.

    SO ORDERED.

Dated: July 26, 2021
       New York, New York

                         ALISON J. NATHAN
                        United States District Judge