UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BDG Gotham Residential, LLC, *et al.*,

        Plaintiffs,

    –v–

Western Waterproofing Company, Inc., *et al.*,

        Defendants.

Western Waterproofing Company, Inc.,

        Plaintiff,

    –v–

Zurich American Insurance Company, *et al.*,

        Defendants.

19-cv-6386

20-cv-3199 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    If any party intends to oppose the motion of Berkley Insurance Company in No. 20-cv-3199 (Dkt. No. 175), they should inform the Court by ECF letter no later than November 25, 2021.

SO ORDERED.

Dated: November 11, 2021
      New York, New York

                                            ALISON J. NATHAN
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/11/21