UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Western Waterproofing Company, Inc.,

    Plaintiff,

—v—

Zurich American Insurance Company, et al.,

    Defendants.

20-cv-3199 (AJN)
19-cv-6386 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On November 9, 2021, Berkley Insurance Company filed a motion to intervene under Federal Rule of Civil Procedure 24.  Dkt. No. 175.  The Court ordered any party that intended to oppose Berkley's motion to do so by November 25, 2021.  Dkt. No. 177.  The parties to this action filed letters stating that they did not oppose the motion so long as Berkley's intervention does not delay resolution of the pending cross-motions for summary judgment.  Dkt. Nos. 176, 178.

    The Court finds that Berkley's intervention will not delay resolution of the pending motions and hereby GRANTS Berkley's unopposed motion to intervene.

    This resolves docket number 175.

SO ORDERED.

Dated: November 30, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge