# GMM | Gimigliano Mauriello & Maloney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/21/22

**John Maloney**
Direct Dial  973-946-8203
jmaloney@lawgmm.com

January 21, 2022

VIA ECF
Honorable Alison J. Nathan, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *Western Waterproofing Company, Inc. d/b/a Western Specialty*
        *Contractors v. Zurich American Insurance Company, et. al.*
        Civil Action No.: 1:20-cv-3199 (AJN) (Related Case: 1:19-cv-6386)

Dear Judge Nathan:

    This firm represents Intervenor Starr Indemnity & Liability Company ("Starr").
We respectfully submit this letter on behalf of all parties to this action to request an extension of
time to submit a joint letter setting forth the parties' positions and proposed course of action with
respect to the proposal set forth in Starr's January 7, 2022 letter (Dkt. 202).  The parties
participated in meet and confer sessions concerning the proposal on January 14 and January 21.
The parties are exchanging information and are scheduled to meet and confer again on January
28.  While the parties are cautiously optimistic that progress can be made, we believe it would be
beneficial to have additional time to consider the proposal (and any counter-proposals) and
continue to meet and confer before providing a joint update to the Court.  Accordingly, the
parties respectfully request that the deadline for a joint letter set forth in Your Honor's January
10, 2022 Order (Dkt. 203) be extended to February 7, 2022.

    We thank Your Honor for the time and courtesies extended in this matter.

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.            1/21/22

Respectfully,

JOHN MALONEY

cc: All Counsel of Record (by ECF)

163 Madison Avenue, Suite 500 • P.O. Box 1449 • Morristown • New Jersey 07962-1449
T 973.946.8360 • F 973.946.8252