UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BDG Gotham Residential, LLC et al.,

        Plaintiffs,

    –v–

Western Waterproofing Company, Inc. et al.,

        Defendants.

19-cv-6386 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court on November 16, 2021, granted the parties' joint request to extend discovery in this case, extending the deadline for fact discovery to April 15, 2022, and expert discovery to May 30, 2022. Dkt. No. 81. The Court therefore adjourns the case management conference scheduled for February 4, 2022, to May 20, 2022 at 3:15 p.m.

SO ORDERED.

Dated: January 31, 2022
      New York, New York

                              ALISON J. NATHAN
                            United States District Judge