UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BDG Gotham Residential, LLC, et al.,

    Plaintiffs,

–v–

Western Waterproofing Company, Inc.,

    Defendants.

19-cv-6386 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    On April 12, 2022, Judge Moses extended fact discovery to August 31, 2022, and expert discovery to October 31, 2022. Dkt. No. 100. The Court therefore ADJOURNS the case management conference scheduled before the undersigned scheduled from May 20, 2022, to November 4, 2022, at 3:15 p.m. Dkt. No. 87.

    SO ORDERED.

Dated: May 11, 2022
       New York, New York

ALISON J. NATHAN
United States Circuit Judge
Sitting by designation