UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
BDG GOTHAM RESIDENTIAL, LLC, et al.,

                Plaintiffs,

        -against-

WESTERN WATERPROOFING COMPANY,
INC., et al.,

                Defendants.
```

19-CV-6386 (CM) (BCM)

```
WESTERN WATERPROOFING COMPANY,
INC.,

                Plaintiff,

        -against-

ZURICH AMERICAN INSURANCE
COMPANY, et al.,

                Defendants.
```

20-CV-3199 (CM) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2022

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status letters in the above-captioned related matters. The parties in *BDG Gotham Residential, LLC, et al. v. W. Waterproofing Co., Inc. et al.*, 19-CV-6386 (CM) (BCM) report that there exist no controversies. (Dkt. 141.) The parties in *W. Waterproofing Co., Inc. v. Zurich Am. Ins. Co., et al.*, 20-CV-03199 (CM) (BCM), with the exception of Intervenor Starr Indemnity & Liability Company (Starr), report that there are no current controversies, and request that the upcoming joint status conference be held telephonically. Dkt. 325. Counsel in the latter matter informed the Court that Starr would be filing its own status letter. *Id.* No such letter has been filed and the deadline for such letters has passed.

In light of the number of parties required to appear, the joint status conference scheduled for **November 17, 2022,** at **11:00 a.m.**, will be conducted by videoconference via Microsoft Teams. A publicly accessible audio line (available to nonparties, including members of the

public) can be accessed by dialing **(646) 453-4442** and entering the access code **206965232#**. Nonparties must observe the same decorum as they would at an in-person conference, and must mute their telephone lines throughout the proceeding. Chambers will email the videoconferencing link to the parties.

Dated: New York, New York
November 15, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**