UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――――X

BDG GOTHAM RESIDENTIAL, LLC, et al.,

    Plaintiffs,

-against-

WESTERN WATERPROOFING COMPANY,
INC., et al.,

    Defendants.

――――――――――――――――――――――――X

WESTERN WATERPROOFING COMPANY,
INC.,

    Plaintiff,

-against-

ZURICH AMERICAN INSURANCE COMPANY,
et al.,

    Defendants.

――――――――――――――――――――――――X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2023

19-CV-6386 (CM) (BCM)

20-CV-3199 (CM) (BCM)

## ORDER

McMahon, J.:

    On January 4, 2023, due to a Clerk's office error, this court received the joint status letter for the parties in *W. Waterproofing Co., Inc. v. Zurich Am. Ins. Co., et al.*, 20-CV-03199 (CM) (BCM). The letter requested that the deadline for fact depositions be extended from January 30, 2023 to March 31, 2023. (Dkt. No. 325).

    The court granted the extension of the fact deposition deadline and adjourned the January 9, 2023 status conference scheduled for both of the above-captioned matters. (Dkt. No. 330). However, it was not, in fact, my intention to adjourn the conference.

    Judge Moses will address outstanding scheduling issues at a status conference on a date she will select. The status conference rescheduled for April 4, 2023 is canceled.

Dated: January 9, 2023

_____
U.S.D.J.

BY ECF TO ALL COUNSEL