UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BDG GOTHAM RESIDENTIAL, LLC, et al.,

    Plaintiffs,

-against-

WESTERN WATERPROOFING COMPANY, INC., et al.,

    Defendants.

19-CV-6386 (CM) (BCM)

---

WESTERN WATERPROOFING COMPANY, INC.,

    Plaintiff,

-against-

ZURICH AMERICAN INSURANCE COMPANY, et al.,

    Defendants.

20-CV-3199 (CM) (BCM)

**ORDER ADJOURNING JOINT STATUS CONFERENCE**

---

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of the parties' joint status letter in *BDG Gotham Residential, LLC v. Western Waterproofing Co., Inc.*, No. 19-CV-6386. (Dkt. 163.) The Court is also in receipt of the parties' joint status letter in *Western Waterproofing Co., Inc. v. Zurich Am. Ins. Co.*, No. 20-CV-3199. (Dkt. 374.)

    As the parties in both actions report that there are no controversies that require Court intervention, the joint status conference previously scheduled for June 21, 2023 is ADJOURNED to **July 6, 2023, at 11:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York. No later than **June 29, 2023**, the parties the parties shall file a joint status report in each Action. If no controversies exist at the time of the joint status letter, the parties may request that the conference be held telephonically.

Dated: New York, New York
       June 15, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**