UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BDG GOTHAM RESIDENTIAL, LLC, et al.,

        Plaintiffs,

  -against-

WESTERN WATERPROOFING COMPANY, INC., et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2023

19-CV-6386 (CM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Due to a conflict on the Court's calendar, the discovery conference previously scheduled for October 23, 2023, at 11:00 a.m. is hereby ADJOURNED to **October 30, 2023, at 12:00 p.m.**

Dated: New York, New York
       October 19, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**