```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/21/25_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BDG GOTHAM RESIDENTIAL, LLC, and ZDG, LLC,    Case No. 19-CV-6386 (BCM)

                Plaintiff,    STIPULATION AND
                            ORDER OF DISMISSAL

   - against -

WESTERN WATERPROOFING COMPANY, INC. d/b/a
WESTERN SPECIALTY CONTRACTORS and
WESTERN SURETY COMPANY,

                Defendants.
------------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned attorneys, that the captioned action having been settled, the same be, and hereby is, dismissed with prejudice and on the merits, without costs in favor of either party against the other.

    This Stipulation may be executed in one or more counterparts, each of which shall be an original but all of which shall constitute one and the same Stipulation. The facsimile or electronic copy of an attorney's signature shall be deemed conclusive evidence that such attorney has executed this Stipulation.

Dated: Jericho, New York
       April 18, 2025

| DUANE MORRIS, LLP | PECKAR & ABRAMSON, P.C. |
|---|---|
| *Attorneys for BDG Gotham Residential, LLC* | *Attorneys for ZDG, LLC* |
| By: /s/John S. Wojak, Jr. | By: /s/Gregory H. Chertoff |
|     John S. Wojak, Jr. |     Gregory H. Chertoff |
|     Allen J. Ross | 1325 Avenue of the Americas, 10th Floor |
|     Robert H. Bell | New York, NY 10019 |
| 1540 Broadway | (212) 382-0909 |
| New York, NY 10036 | gchertoff@pecklaw.com |
| (212) 692-1000 | |
| jwojak@duanemorris.com | |
| aross@duanemorris.com | |
| rbell@duanemorris.com | |

4012597v1

TORRE, LENTZ, GAMELL, GARY
   & RITTMASTER, LLP
*Attorneys for Defendants*

By:   */s/ Steven H. Rittmaster*
      Steven H. Rittmaster
      Brian E. Gunther
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753-2702
(516) 240-8900
srittmaster@tlggr.com
bgunther@tlggr.com


SO ORDERED:

*[signature]*

Barbara Moses,
United States Magistrate Judge
Dated: April 21, 2025